# United States Bankruptcy Court
## Central District Of California

| In re:<br>Rick L. Minick<br>Margarita Minick | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 6:09–bk–10884 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☑ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090–1(a); 1002–1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

    Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: <u>January 21, 2009</u>

**JON D. CERETTO, CLERK OF COURT**

**By: <u>Philip Mai</u>**
**Deputy Clerk**

CCDN – Revised 03/24/2008    **1 / PMI**