B18 (Official Form 18)
Rev.(03/09)

## United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Rick L. Minick

**BANKRUPTCY NO.** 6:09−bk−10884−MJ

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   xxx−xx−5225
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Discharge Date:**  11/12/09

**JOINT DEBTOR INFORMATION:**
Margarita Minick

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−6195
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Joint Debtor Discharge Date:**   11/12/09
**Address:**
410 Iris Dr
Twin Peaks, CA 92391

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT,

Dated: November 12, 2009

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form Rev. 03/09) VAN−30                                                                                                 31 / HAL

B18 (Official Form 18) Cont.
Rev.(03/09)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

Imaged Certificate of Service   Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0973-6           User: vhallockC              Page 1 of 2                  Date Rcvd: Nov 12, 2009
Case: 09-10884                 Form ID: b18                 Total Noticed: 31
```

The following entities were noticed by first class mail on Nov 14, 2009.
```
db/jdb         Rick L. Minick,   Margarita Minick,    410 Iris Dr,   Twin Peaks, CA  92391
aty           +Donna L La Porte,   Wright Finlay & Zak, LLP,    4665 MacArthur Ct Ste 280,
                Newport Beach, CA 92660-1811
aty           +Gene Koon,   Law Office of Gene Koon,    332 W Foothill Blvd,   Monrovia, CA 91016-2149
aty           +Kelly M Raftery,    1770 Fourth Ave,   San Diego, CA 92101-2607
tr            +Robert L Goodrich,    22365 Barton Rd. Suite 220,   Grand Terrace, CA 92313-5082
smg            Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
                Sacramento, CA  94280-0001
ust           +United States Trustee (RS),    3685 Main Street, Suite 300,    Riverside, CA 92501-2804
cr            +Indymac Federal Bank, F.S.B.,    Wright, Finlay, & Zak, LLP,    4665 MacArthur Court, Ste 280,
                Newport Beach, CA 92660-1811
22852765      +BANK OF AMERICA,    PO BOX 84006,    COLUMBUS GA 31908-4006
22852768      +CITIBANK USA,    ATTN CENTRALIZED BANKRUPTCY,    PO BOX 20507,    KANSAS CITY MO 64195-0507
22852769      +COUNTRYWIDE HOME LENDING,    ATTENTION BANKRUPTCY SV-314B,    PO BOX 5170,
                SIMI VALLEY CA 93062-5170
22852774      +DSRM NATIONAL BANK/DIAMOND SHAMROCK,    PO BOX 631,    AMARILLO TX 79105-0631
22852775       EXXMBLCITI,   CITIBANK CREDIT DISPUTE UNIT,    SIOUX FALLS SD  57117
22852779      +INDYMAC BANK,    7700 W PARMER LN,    BLDG D 2ND FLOOR,    AUSTIN TX 78729-8101
22852781      +MARSHALL AND ILSLEY BANK,    ATTN BANKRUPTCY,    770 N WATER ST,    MILWAUKEE WI 53202-3593
22852783      +MIDLAND MORTGAGE COMPANY,    ATTN BANKRUPTCY,    PO BOX 26648,    OKLAHOMA CITY OK 73126-0648
22852785       NATIONAL CITY CARD SER,    K-A16-2J,   KALAMAZOO MI   49009
22852787      +NATIONAL CITY MORTGAGE,    ATTN BANKRUPTCY DEPT,    3232 NEWMARK DR,   MIAMISBURG OH 45342-5433
22852789      +PRSM/CBSD,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
22852792      +TEXACO / CITIBANK,    ATTN CENTRALIZED BANKRUPTCY,    PO BOX 20507,    KANSAS CITY MO 64195-0507
22852794     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US BANK/NA ND,    4325 17TH AVE S,    FARGO ND  58125)
22852798      +WELLS FARGO CARD SER,    PO BOX 5058,    PORTLAND OR 97208-5058
```

The following entities were noticed by electronic transmission on Nov 13, 2009.
```
aty           +EDI: RECOVERYCORP.COM Nov 12 2009 21:38:00      Ramesh Singh,   Recovery Management Systems Corp,
                25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
tr            +EDI: QRLGOODRICH.COM Nov 12 2009 21:38:00      Robert L Goodrich,    22365 Barton Rd. Suite 220,
                Grand Terrace, CA 92313-5082
smg            EDI: CALTAX.COM Nov 12 2009 21:43:00      Franchise Tax Board,    ATTN: Bankruptcy,   P.O. Box 2952,
                Sacramento, CA  95812-2952
22852764      +EDI: BANKAMER.COM Nov 12 2009 21:38:00      BAC / FLEET BANKCARD,    PO BOX 26012,
                GREENSBORO NC 27420-6012
22852766      +EDI: CAPITALONE.COM Nov 12 2009 21:38:00      CAPITAL 1 BANK,    ATTN C/O TSYS DEBT MANAGEMENT,
                PO BOX 5155,   NORCROSS GA 30091-5155
22852767      +EDI: CHASE.COM Nov 12 2009 21:38:00      CHASE,   ATTN BANKRUPTCY DEPT,    PO BOX 100018,
                KENNESAW GA 30156-9204
22852768      +EDI: CITICORP.COM Nov 12 2009 21:38:00      CITIBANK USA,    ATTN CENTRALIZED BANKRUPTCY,
                PO BOX 20507,    KANSAS CITY MO 64195-0507
22852770      +EDI: HFC.COM Nov 12 2009 21:38:00      DIRECT MERCHANTS BANK,    CARD MEMBER SERVICES - GSC,
                PO BOX 5246,    CAROL STREAM IL 60197-5246
22852771      +EDI: DISCOVER.COM Nov 12 2009 21:38:00      DISCOVER FINANCIAL,    ATTENTION BANKRUPTCY DEPARTMENT,
                PO BOX 3025,    NEW ALBANY OH 43054-3025
22852777      +EDI: HFC.COM Nov 12 2009 21:38:00      HSBC BANK,   PO BOX 5253,    CAROL STREAM IL 60197-5253
22852794       EDI: USBANKARS.COM Nov 12 2009 21:43:00      US BANK/NA ND,    4325 17TH AVE S,    FARGO ND  58125
22852796      +EDI: CHASE.COM Nov 12 2009 21:38:00      WASHINGTON MUTUAL / PROVIDIAN,    ATTN BANKRUPTCY DEPT,
                PO BOX 10467,    GREENVILLE SC 29603-0467
22852798      +EDI: WFFC.COM Nov 12 2009 21:38:00      WELLS FARGO CARD SER,    PO BOX 5058,
                PORTLAND OR 97208-5058
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Courtesy NEF
cr             MidFirst Bank, its assignees and/or successors and
cr             National City Mortgage, a division of National Cit
                                                                                                TOTALS: 3, * 0
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-6          User: vhallockC           Page 2 of 2                Date Rcvd: Nov 12, 2009
Case: 09-10884                Form ID: b18             Total Noticed: 31

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2009**                     **Signature:**    *Joseph Speetjens*